Darrell Wayne HILL  *v.*  STATE of Arkansas

CR 00-1210                                      210 S.W.3d 123

Supreme Court of Arkansas
Opinion delivered June 16, 2005

*Brian Eddy*, Federal Public Defender, for appellant.

No response.

PER CURIAM. ■ Appellant Darrell Wayne Hill moves this court to recall its mandate and reopen his direct appeal. We find no merit in the motion and deny it. We note that in recent capital cases, the Federal Defender has filed motions before this court on behalf of several defendants. *See, e.g., Engram v. State*, CR99-928; *Hill v. State*, CR00-1210; *Nance v. State*, CR99-365; *State v. Newman*, CR03-1257. We raise the question of by what authority the Federal Defender is representing defendants in capital cases in state court. We request that the Federal Defender advise this court by formal response of its authority to do so in these cases.

Motion denied.